IN THE MATTER OF THE ESTATE OF ALEXANDER EAGLESON, DECEASED, RE THE APPLICATION FOR AN ORDER TO STAY THE SHERIFF OF ESSEX COUNTY, AND SHOICHI OKI, SHARON H. OKI, & LENDERS, LTD. AND MICHAEL EAGLESON.

AMERICAN NATIONAL BANK & TRUST OF NEW JERSEY v. ESTATE OF ALEXANDER EAGLESON AND DOROTHY DU MARS SMITH.

May 5, 1980.

Petition for certification denied.   (See 172 *N.J.Super.* 98)

495 CORPORATION v. NEW JERSEY INSURANCE UNDERWRITING ASSOCIATION.

May 5, 1980.

Petition for certification granted.